sion, Second Department. October 8, 1909.) Action by Harriet E. Whelpley against Charles M. Holcomb. No opinion. Judgment affirmed, with costs.

WHIPPLE, Respondent, v. FARRELLY, Appellant. DERRICK, Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Actions by Charles A. Whipple against T. Charles Farrelly and by William H. Derrick against Anthony Kelly. No opinions. Motions to dismiss appeals granted, with $10 costs, unless the appellants have their appeals ready for argument at the December term. Orders filed.

WHIPPLE, Respondent, v. LYONS BEET SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Watson H. Whipple against the Lyons Beet Sugar Refining Company. No opinion. Judgment (118 N. Y. Supp. 338) affirmed, with costs.

WHIPPLE, Appellant, v. SPRUCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Harry W. Whipple against Henry Spruck and another.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., dissents.

WHITAKER et al. v. RICE et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mabelle A. Whitaker and another against Harriet B. Rice and others, in which Donald MacLeod appealed. No opinion. Order affirmed, with $10 costs and disbursements.

WHITAKER et al. v. RICE et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mabelle A. Whitaker and another against Harriet B. Rice and others, in which Norman MacLeod appealed. No opinion. Order affirmed, with $10 costs and disbursements.

WHITE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Ernest I. White against Clifford L. Miller. No opinion. Judgment affirmed, with costs.

WILCOX, Respondent, v. MUTUAL MILK & CREAM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Cyrus C. Wilcox against the Mutual Milk & Cream Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P, J., and SPRING, J., dissent.

WILEY, Respondent, v. VILLAGE OF SUFFERN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Clara J. Wiley against the Village of Suffern. No opinion. Judgment and order unanimously affirmed, with costs.

WILLIAM HAAKE CO., Appellant, v. NEVELOFF, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by the William Haake Company against Martin Neveloff and another. G. Ryall, for appellant. C. Kendall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIAMS v. BOWERY SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Emily A. Williams, as administratrix, etc., of Ann Schmidt, deceased, against the Bowery Savings Bank and another. No opinion. Judgment affirmed, with costs.

WILLIAMS, Respondent, v. JACOB ZOLLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Thomas Williams against the Jacob Zoller Company. No opinion. Judgment and order affirmed, with costs.

WILSON, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Barbara B. Wilson against the Union Railway Company of New York City and others. No opinion. Judgment and order unanimously affirmed, with costs.

WILSON, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William M. Wilson against the Union Railway Company of New York City and others. No opinion. Judgment and order unanimously affirmed, with costs.

WINANS, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by Harriet E. Winans against the Rochester Railway Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

WOLFF, Respondent, v. BREAKSTONE, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Abraham Wolff against Isaac Breakstone, impleaded. J. V. Bouvier, Jr., for appellant. C. Goldzier, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.